**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ALLISON TAKACS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:23-cv-1184 |
| v. | ) |
| | ) |
| META PLATFORMS, INC. and META | ) |
| PLATFORMS TECHNOLOGIES, LLC, | ) |
| | ) |
| Defendants. | |

**META PLATFORMS, INC. and
META PLATFORMS TECHNOLOGIES, LLC'S
<u>DISCLOSURE STATEMENT AND NOTICE OF AFFILIATES</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 Defendants Meta Platforms, Inc., and Meta Platforms Technologies, LLC hereby state as follows:

- Meta Platforms, Inc., is a publicly traded company under the ticker symbol META and has no parent company. Blackrock, Inc. (ticker symbol BLK), The Vanguard Group, and Mark Zuckerberg each own 5% or more of the total outstanding shares of Meta Platforms, Inc.

- Meta Platforms Technologies, LLC, is a Delaware limited liability company and a subsidiary of Meta Platforms, Inc., its sole member.

DATED: February 24, 2023　　　　　　　Respectfully submitted,

                                                        META PLATFORMS, INC., and
META PLATFORMS TECHNOLOGIES, LLC

/s/ Edward Casmere
Patricia Brown Holmes
Edward Casmere
Meghan J. Wood
**RILEY SAFER HOLMES & CANCILA LLP**
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8700 (tel)
(312) 471-8701 (fax)
ecasmere@rshc-law.com
pholmes@rshc-law.com
mwood@rshc-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2023, I caused **Meta Platforms, Inc., and Meta Platforms Technologies, LLC's Notice of Affiliates** to be electronically filed using the CM/ECF system. Additionally, I emailed a true and correct copy of the same to:

Attorney for Plaintiff
Eric H. Check
The Law Offices of Eric H. Check
161 North Clark Street, Suite 2550
Chicago, IL 60601
office@echecklaw.com.

                                                              */s/ Edward Casmere*