# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Takacs v. Meta Platforms et al.     Case Number: 1:23-cv-01184

An appearance is hereby filed by the undersigned as attorney for:
Meta Platforms, Inc. and Meta Platforms Technologies LLC

Attorney name (type or print): Patricia B. Holmes

Firm: Riley Safer Homes and Cancila

Street address: 70 W. Madison Street, Suite 2900

City/State/Zip: Chicago IL, 60602

Bar ID Number: 6194645
(See item 3 in instructions)

Telephone Number: 312.471.8745

Email Address: pholmes@rshc-law.com

Are you acting as lead counsel in this case?  ☑ Yes  ☐ No

Are you acting as local counsel in this case?  ☐ Yes  ☑ No

Are you a member of the court's trial bar?  ☑ Yes  ☐ No

If this case reaches trial, will you act as the trial attorney?  ☑ Yes  ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 02.24.2023

Attorney signature:  S/ Patricia Homes
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015