

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: 2/27/2023

**Addressee Information:**

**Eric H. Check**
Law Offices of Eric H. Check
161 North Clark Street
Suite 2550
Chicago, IL 60601


RE:   Takacs v. Meta Platforms, Inc. et al
USDC Case Number:  23cv1184

Dear Counselor:

The records of this office indicate that on 2/24/2023 a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter.  The notice lists the circuit court case number as 2023L000086. The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is located on the District Court website at http://www.ilnd.uscourts.gov/OnlineForms.aspx.

        Sincerely,
        Thomas G. Bruton, Clerk

    By: /s/ Jannette Nunez
        Deputy Clerk

Enclosure

Rev. 09/23/2016