

# United States District Court
# Northern District of Illinois

In the Matter of

Allison Takacs

v.

Meta Platforms, Inc. et al

Elaine E. Bucklo

Case No. 23-CV-1184

Designated Magistrate Judge
Gabriel Fuentes

**TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
FOR A REASSIGNMENT**

   I recommend to the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

_____
**Judge Sharon Johnson Coleman**

Date: Monday, February 27, 2023

---

**ORDER OF THE EXECUTIVE COMMITTEE**

   IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge Rebecca R. Pallmeyer**

Dated: Monday, February 27, 2023

District Reassignment - By Lot

- IOP 13(f) - I recuse myself from this case for the following reasons:

    Pursuant to IOP 13(f)(1)- Personal relationship with defense counsel.

..................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:

District Reassignment - By Lot